Entered on Docket
November 12, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 09, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No. 10-42479 J
                                         Chapter 13
FELIPE DABAO ZULUETA, JR.,
                                         Date: 11/03/10
                  Debtor./               Time: 9:30 a.m.
                                         Ctrm: 215

DECISION

On November 3, 2010, a hearing was held on the objection filed by Felipe Dabao Zulueta, Jr. ("Zulueta"), the above debtor, to the proof of claim filed herein by Deutsche Bank National Trust Co., as Trustee ("Deutsche Bank"). By his objection, Zulueta challenges Deutsche Bank's standing to file the claim.

At the hearing, Deutsche Bank made an offer of proof, which the court accepted, that showed that Zulueta signed the original of the promissory note at issue to the order of IndyMac Bank ("IndyMac"), and also signed a deed of trust to secure that note. By an Assignment of Deed of Trust dated April 30, 2008, Indymac assigned the deed of trust and the note it secures to Deutsche Bank.

Decision

Deutsche Bank brought the originals of the note and deed of trust to the hearing.

At the hearing Deutsche Bank also tendered a Pooling and Servicing Agreement by which IndyMac was to service the loan on behalf of Deutsche Bank, and a Notice of Assignment by which Zulueta was notified that effective March 19, 2009, IndyMac had transferred the servicing of the loan to IndyMac Mortgage Services, a division of One West Bank.

The foregoing documents establish that Deutsche Bank is the holder of Zulueta's note at issue, and that One West Bank (through its IndyMac Mortgage Services division) is the servicer of the loan.

The court finds that Deutsche Bank had standing to file a proof of claim herein in respect of the loan at issue. The court will therefore issue its order overruling Zulueta's objection to Deutsche Bank's claim.

**END OF ORDER**

Decision 2

|   | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | Felipe Dabao Zulueta, Jr. |
|   | 399 Madera Street |
| 3 | Brentwood, CA 94513 |
| 4 | Joseph Chun, Esq. |
|   | McCarthy & Holthus, LLP |
| 5 | 1770 Fourth Avenue |
|   | San Diego, CA 92101 |

Decision 3