# Notice Recipients

District/Off: 0971–4  User: pwright  Date Created: 11/29/2010
Case: 10–42479  Form ID: DOC  Total: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2006–AR14,
            Mortgage Pass–Through Certificates, Series 2006–AR14 under the Pooling and Servicing Agreement dated

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr          Martha G. Bronitsky                13trustee@oak13.com
aty         Brielyn Sesko                      bknotice@mccarthyholthus.com
aty         Jeffrey Totah                      bknotice@mccarthyholthus.com
aty         Joseph S. Chun                     jchun@mccarthyholthus.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Felipe Dabao Zulueta, Jr.        399 Madera St.          Brentwood, CA 94513
cr          Jefferson Capital Systems LLC    P.O. Box 7999           St. Cloud, MN 56302–9617
smg         Labor Commissioner               1515 Clay St.           Room 801        Oakland, CA 94612
smg         State Board of Equalization      Collection Dept.        P.O. Box 942879         Sacramento, CA 94279
smg         CA Employment Development Dept.  Bankruptcy Group MIC 92E   P.O. Box 826880    Sacramento, CA 94280–0001
smg         CA Franchise Tax Board           Special Procedures Bankruptcy Unit   P.O. Box 2952   Sacramento, CA 95812–2952
10823552    Deutsche Bank National Trust Company   c/o McCarthy &Holthus, LLP   1770 Fourth Avenue   San Diego, CA 92101
11101233    Green Tree Servicing LLC         7360 S. Kyrene Rd.      Recovery Dept – T120    Tempe, Az 85283
10741515    IRS–Internal Revenue Service–CIO Post Office Box 21126   Stop N781       Philadelphia, PA 19114
10741514    IndyMac Mortgage Services        Loan Servicing          P.o. Box 78826          Phoenix, AZ 85062–8826
10837849    Internal Revenue Service         P.O. Box 21126          Philadelphia, PA 19114
11043798    Jefferson Capital Systems LLC    PO BOX 7999             SAINT CLOUD MN 56302–9617
10741516    Murphy, Murphy and Murphy        Attn: Karen Hillman     10801 Walker Street Suite 200   Cypress, CA 90630
10880078    PRA Receivables Management, LLC  As Agent Of Portfolio Recovery Assocs.   POB 41067    NORFOLK VA 23541
11241476    State Board of Equalization      Special OPerations Branch, MIC:55   PO BOX 942879   Sacramento, CA 94279–0055
10741517    Sutter Delta Medical Center      File 74430              P.O. Box 60000          San Francisco, CA 94160–0001
10741518    Wachovia Dealer Services         P.O. Box 25341          Santa Ana, CA 92779–5341

TOTAL: 17